# Court of Appeals
# of the State of Georgia

ATLANTA,  November 22, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0556. AVALON RESTORATION COMPANY, LLC v. STEVEN EVANS.**

Following the entry of judgment in the defendant's favor, plaintiff Avalon Restoration Company, LLC, filed a notice of direct appeal from the trial court's order awarding the defendant OCGA § 9-15-14 attorney fees. We lack jurisdiction to consider the appeal because such awards must be appealed by application for discretionary review. See OCGA § 5-6-35 (a) (10); *Jones v. Padgett*, 186 Ga. App. 362, 363 (2) (367 SE2d 88) (1988). The failure of Avalon Restoration Company, LLC, to comply with the discretionary appeal requirements deprives this Court of jurisdiction to consider its appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/22/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*